UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS FLOREZ, aka ROMULO HIDALGO FLORES, aka CESAR MARCOS FLORES, aka GARCIA FRANCISCO,<br><br>          Petitioner,<br><br>vs.<br><br>JOHN MARSHALL,<br><br>          Respondent. | Case No. CV 09-1175-RGK(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition and dismissing the action with prejudice.

1  This Court finds an appeal would not be taken in good faith, and
2  petitioner has not made a substantial showing that he has been denied
3  a constitutional right for the reasons set forth in the Report and
4  Recommendation.  Accordingly, a certificate of appealability should
5  not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).
6  Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146
7  L. Ed. 2d 542 (2000); Mayfield v. Calderon, 229 F.3d 895, 900 (9th
8  Cir. 2000).

10  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11  Order, the Magistrate Judge's Report and Recommendation and Judgment
12  by the United States mail on petitioner.

14  DATED:   December 2, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R\09-1175.ado
11/24/09