UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS FLOREZ, aka ROMULO HIDALGO FLORES, aka CESAR MARCOS FLORES, aka GARCIA FRANCISCO, <br><br>    Petitioner, <br><br>vs. <br><br>JOHN MARSHALL, <br><br>    Respondent. | Case No. CV 09-1175-RGK(RC) <br><br> JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: December 2, 2009

                                          R. GARY KLAUSNER <br>
                            UNITED STATES DISTRICT JUDGE

R&Rs\09-1175.jud <br>
10/29/09